

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Nai Jahan Brown

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Will County Illinois
Will county Adult Detention Facility
Sgt. Little
Doig C/o
Hickey C/o

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

MAY 10 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No:_____
(To be supplied by the Clerk of this Court)

1:22-cv-02502
Judge Gary Feinerman
Magistrate Judge Sheila M. Finnegan
PC 7
RANDOM

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: Noi J Brown

B. List all aliases: N/A

C. Prisoner identification number: 9134885

D. Place of present confinement: Will County Adult detention facility

E. Address: 12 N Center St Joliet IL 60432

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Sgt. Little

Title: Classification Sgt

Place of Employment: Will County Adult detention facility

B. Defendant: Doig

Title: Deputy Sheriff

Place of Employment: Will County Adult detention facility

C. Defendant: Hickey

Title: Deputy Sheriff

Place of Employment: Will County Adult detention facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendent: Will County Adult Detention facility
   Title: Will County A.D.F.
   Place of employment: Will County A.D.F.

E. Defendent: Will County Illinois
   Title: County of Will Illinois
   Place of employment: Will County Illinois

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: N/A

  B. Approximate date of filing lawsuit: N/A

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

  D. List all defendants: N/A

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

  F. Name of judge to whom case was assigned: N/A

  G. Basic claim made: N/A

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

  I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While in custody of will county Adult detention facility on march 16, 2022 I wrote to facility classification Sgt. Little voicing my safety concerns regarding 3 inmates. I informed Sgt. Little of my concerns and of how those inmates planned on killing if given the chance to. He wrote me back asking me to further explain my need for keep Separates to be issued and I did as asked immediately. In the form I explained the need stems from the outside world. One of my family members is Accused of gunning down one of these 3 individuals family members which sparked a very serious "street gang war". I had heard from various inmates saying the 3 inmates have a SOS on me which means "Stab on Sight". At the time I heard of the threats I was being housed in d-pod which is disciplinary segregation and I was set to be released into general population on march 28, 2022 at 11:00pm. After I heard the threat on my life I was immediately terrified and scared for my life and I wasted no time telling the facility of this dilemma

4

Revised 9/2007

The time came for me to be released from segregation and I was under the impression keep separates were issued between me and those 3 inmates for my safety. The officer on duty (Hickey) told me I'd be getting moved to H-Pod and began transferring me there. After changing clothing in the laundry room we continued to H-Pod. Once we arrived there I was ordered to go to cell #4 ~~located~~ on the top tier and locked down. When I got inside of cell 4 I was alarmed and petrified to see 1 of the 3 inmates that threatend my life and I requested a keep separate on. That night I was beaten senseless and tormented. Due to the standing and power that inmate holds in his gang I was far too scared to report anything at the time fearing ~~a very~~ brutal maybe deadly retaliation. The day of March 29, 2022 I asked the officer on duty (Doig) if it were possible to move me into one of many open cells and he said no. I then asked for his sgt thinking maybe someone higher up could be of help but he refused to contact his sgt. My last option was to refuse locking down so that I could be removed from the pod with that person. I've overall been tramatized I am hurt the facility ignored my pleas for them to protect me if I could go back I'd do everything the same because I followed all the correct avenues of reporting this issue.

5

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am requesting That a Honorable Court and Honorable Judge require The defendent Pay me $150,000 in compensation for emotional and physical damages, pain and suffering

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  May  day of  5 , 20 22

_____
(Signature of plaintiff or plaintiffs)

Nai Brown
(Print name)

9134885
(I.D. Number)

112 N Center St Joliet IL 60432
(Address)

6

Revised 9/2007



05/10/2022-8

NAI J. BROWN 9134885
WILL COUNTY A.D.F.
95 s CHICAGO st
JOLIET IL 60435

Legal mail

PRISONER CORRESPONDENT
UNITED STATES DISTRICT COURT, 219 s. DEARBORN st
CHICAGO IL 60604

RECEIVED
2022 MAY 10 AM 9: 02

© USPS 2019